UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JACQUELYN ZIMMERMAN,

    Plaintiff,

v.                                                             Case No: 8:21-cv-2155-CEH-SPF

ASSUREDPARTNERS, INC. and FIA
LIQUIDATION COMPANY INC.,

    Defendants.
_____/

## ORDER

This matter comes before the Court on Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Doc. 19). In the motion, Plaintiff, who is proceeding *pro se*, requests an order from the Court granting her the opportunity to amend her complaint to cure errors raised by Defendants' motion to dismiss (Doc. 12). Defendants do not oppose the relief requested. The Court, having considered the motion and being fully advised in the premises, will grant Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint. *See* Fed. R. Civ. P. 15(a) (leave to amend a pleading "shall be freely given when justice so requires"). Because Plaintiff will be filing a Second Amended Complaint, which will become the operative complaint, the Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 12) is due to be denied as moot. Accordingly, it is

**ORDERED**:

1. Plaintiff's Unopposed Motion for Leave to File Second Amended Complaint (Doc. 19) is **GRANTED**.

2. Plaintiff shall file her Second Amended Complaint as a separate docket entry by November 23, 2021.

3. Defendants' motion to dismiss (Doc. 12) is **DENIED as moot**.

**DONE AND ORDERED** in Tampa, Florida on November 9, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record
Unrepresented Parties