## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF FLORIDA

JACQUELYN ZIMMERMAN,

     *Plaintiff,*

  v.

                                            Case No. 8:21-cv-02155-CEH-SPF

ASSURED PARTNERS, INC. and
FIA LIQUIDATION COMPANY,
INC.,

     *Defendants.*

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties hereby give notice that they have reached a settlement with respect to Plaintiff's claims. The Parties anticipate that a Stipulation of Dismissal will be filed within thirty (30) days.

2

Dated: May 25, 2022

_/s/ Jaquelyn Zimmerman_
JAQUELYN ZIMMERMAN
4515 31 Place, East
Palmetto, FL  34221
Tel:  (941) 702-4577
E-mail:  qente28@gmail.com

*Pro Se Plaintiff*

Respectfully submitted,

_/s/ Ian M. Ross_
IAN M. ROSS
Florida Bar No. 091214
iross@sfslaw.com
docketing@sfslaw.com
**STUMPHAUZER FOSLID
SLOMAN ROSS & KOLAYA,
PLLC**
Two South Biscayne Boulevard,
Suite 1600
Miami, FL  33131
Telephone:  (305) 614-1400
Facsimile:   (305) 614-1425

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of May, 2022, I certify that the foregoing document is being served this day via email and U.S. Mail at the addresses listed below.

*/s/ Ian M. Ross*
IAN M. ROSS

## SERVICE LIST
***Jaquelyn Zimmerman v. AssuredPartners, Inc., and;***
***FIA Liquidation Company, Inc. a/k/a Fiorella Insurance Agency, Inc.***
**Case No. 8:21-cv-02155-CEH-SPF**
**United States District Court for the Middle District of Florida**

**Jaquelyn Zimmerman**
Pro Se Plaintiff
4515 31 Place, East
Palmetto, FL 34221
Tel.: (941) 702-4577
Email: qente28@gmail.com