# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JACQUELYN ZIMMERMAN,

    Plaintiff,

v.                                                  Case No: 8:21-cv-2155-CEH-SPF

ASSUREDPARTNERS, INC. and FIA
LIQUIDATION COMPANY INC.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiff's Notice of Dismissal With Prejudice (Doc. 48). In accord with the Notice of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

    1)    This cause is dismissed, with prejudice.

    2)    The Clerk is directed to close this case.

**DONE AND ORDERED** in Tampa, Florida on June 14, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record